## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6928-GW-SKx | Date | September 29, 2020 |
|---|---|---|---|
| Title | *Anthony Bouyer v. Amerco Real Estate Company, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 29, 2020, Defendant Amerco Real Estate Company filed a Notice of Settlement. The Court vacates all previously set dates, and sets an order to show cause re settlement hearing for November 9, 2020 at 8:30 a.m. Parties are advised the hearing will be vacated provided a stipulation to dismiss is filed by noon on November 5, 2020.

    :   

Initials of Preparer    JG