JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERCO REAL ESTATE COMPANY, a Nevada corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 20-6928-GW-SKx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Amerco Real
3  Estate Company ("Defendant"), the Court hereby enters a dismissal with prejudice
4  of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall
5  bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 5, 2020

_____
HON. GEORGE H. WU, U.S. DISTRICT JUDGE